FILED
2021 Jul-09 AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LEDON PRESTWOOD, ) ) Petitioner, ) ) v. ) ) WARDEN GUY NOE, *et al.*, ) ) Respondents. ) | Case No. 4:18-cv-698-KOB-GMB |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report recommending Petitioner Ledon Prestwood's petition for a writ of habeas corpus be denied and dismissed with prejudice. (Doc. 9). Although the Magistrate Judge advised the parties of their right to file objections within 14 days, the court has not received any objections in the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. The court finds the petition is due to be denied and dismissed with prejudice.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims

debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Prestwood's claims do not satisfy either standard.

The court will enter a separate Final Judgment.

DONE and ORDERED this 9th day of July, 2021.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE